IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| A. DIAS RAMOS, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. WMN 01 CV 2742 |
| TENNSMITH, INC., | * |
| Defendant. | * |

* * * * * * * * * * * * *

**<u>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE</u>**

Having considered the Motion For Admission of John Jackson *pro hac vice* to represent defendant and counterplaintiff TennSmith, Inc. in the above-captioned litigation, it is hereby ORDERED that the Motion for Admission Pro Hac Vice is GRANTED.

_____1/14/02_____          _____
Date                                          William M. Nickerson
                                                  United States District Judge

Copies to:

John A. Scaldara
Donald J. Walsh
Scaldara & Potler, L.L.P.
Suite 1200
One North Charles Street
Baltimore, MD 21201-3720

John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202-1643

John Jackson
Chambliss, Bahner &
Stophel, P.C.
1000 Tallan Building
Chattanooga, TN 37402



{19913_00/0101/00482680.DOC.}