IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

A. DIAS RAMOS, et al.,                )
                                       )
        Plaintiffs,                    )       Civil Action No. WMN 01-CV-2742
                                       )
vs.                                    )
                                       )
TENNSMITH, INC.,                       )
                                       )
        Defendant.                     )

## STIPULATION STAYING DISCOVERY AND EXTENDING TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The parties hereby stipulate and agree that discovery shall be stayed until the Court decides Defendant Tennsmith, Inc.'s Motion for Summary Judgment, which was filed on Friday, June 24, 2002.

The parties further stipulate and agree that Plaintiffs shall have through and including July 15, 2002, within which to file a response to Tennsmith's Motion for Summary Judgment, provided that the response brief is transmitted by e-mail on July 15, 2002 and all exhibits are served via overnight courier, next morning delivery to all defense counsel, and Tennsmith shall have through July 26, 2002, within which to file a Reply.

STIPULATED AND AGREED TO BY:

SCALDARA & POTLER, LLP

By: _____
Donald J. Walsh
One North Charles Street, Suite 1200
Baltimore MD 21201
410-752-5000 x 13
Counsel for Plaintiffs



{19913_00/0101/00511395.DOC.}

OBER|KALER, A PROFESSIONAL CORPORATION
OBER, KALER, GRIMES & SHRIVER, ATTORNEYS AT LAW

By: _____
John M.G. Murphy
120 East Baltimore Street
Baltimore, MD 21202-1643
Telephone 410-685-1120


CHAMBLISS, BAHNER & STOPHEL, P.C.
John G. Jackson, pro hac vice
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
Telephone: 423-756-3000

Counsel for Defendant


**APPROVED** this ___3rd___ day of ___July___, 2002:


_____
**William M. Nickerson**
**United States District Judge**
**For the District of Maryland**



Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**John M. G. Murphy**
jmmurphy@ober.com
410-347-7334

**Offices In**
Maryland
Washington, D.C.
Virginia

July 2, 2002

**<u>VIA HAND DELIVERY</u>**
Hon. William M. Nickerson
Judge
United States District Court
  for the District of Maryland
U.S. Courthouse, Room 330
101 W. Lombard Street
Baltimore, Maryland  21201

      Re:  A. Dias Ramos, et al.
          <u>v. Tennsmith, Inc.</u>
          U.S.D.C. Md. Civil No.:  WMN01-CV-2742

Dear Judge Nickerson:

    I enclose a courtesy copy of a Stipulation Staying Discovery and Extending Time to Respond and Motion for Summary Judgment, the original of which has been filed with the Clerk of the Court today. I have executed the Stipulation on behalf of Donald Walsh with his permission.  This Stipulation renders the Motion to Stay Discovery or Alternatively, for Protective Order pending before this Court moot, as it in essence reaches the same result as that requested by the Motion.

    Thank you for your kind consideration of this matter.

                               Sincerely,

                               John M.G. Murphy

JMGM/ds
Enclosure
cc:  Donald J. Walsh, Esq. (w/encl.)
     John G. Jackson, Esq. (w/encl.)
     Clerk (for file)

JMM:645863.1 6/12/00: 4:31 PM