IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

A. DIAS RAMOS, et al.          :
                               :
v.                             :  Civil Action WMN-01-2742
                               :
TENNSMITH, INC.                :
                               :

ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 23rd day of October, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion for Summary Judgment, Paper No. 16, is hereby GRANTED;

2. That Defendant's Motion to Stay Discovery, or Alternatively for Protective Order, Paper No. 17, is hereby DENIED;

3. That Plaintiffs' Motion to File Surreply, Paper No. 25, is hereby GRANTED;

4. That judgment is granted in favor of Defendant and against Plaintiffs;

5. That this case is hereby CLOSED;

6. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

7. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

             _____
             William M. Nickerson
             Senior United States District Judge