**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

A. DIAS RAMOS, <u>et al.</u>         :

                                    :

v.                                :   Civil Action WMN-01-2742

                                    :

TENNSMITH, INC.           :

                                    :

<u>ORDER</u>

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 27th day of March, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1.  That Defendant's Motion for Attorney Fees and Costs, Paper No. 28, is hereby DENIED;

2.  That Plaintiffs' Motion to Revise Judgment, Paper No. 29, is hereby DENIED;

3.  That Plaintiffs' Motion for Summary Judgment, Paper No. 30, is hereby DENIED as moot;

4.  That Defendant's Motion for Voluntary Partial Dismissal and Motion for Summary Judgment on Counterclaim, Paper No. 34, is hereby GRANTED in part and DENIED as moot in part;

5.  That Plaintiffs' Motion to Strike Reply or to File Surreply to Reply to Response to Motion for Attorney's Fees, Paper No. 36, is hereby GRANTED in part and DENIED in part; and

6.  That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge